# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Edward Harold Saunders, Jr.,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv151

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/5/07 Order.

April 5, 2007

FRANK G. JOHNS, CLERK

BY: /s/ Cynthia Huntley
Cynthia Huntley, Deputy Clerk

Dockets.Justia.com